**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

UNITED STATES                          *
                                       *
          v.                           *          MAG. NO.
                                       *
MANUEL PINTO                           *
                                       *
                                     *****

**ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING**

In accordance with Fed. R. Crim. P. 43(b)(2) and Standing Order 2020-06, this Court finds:

[X]   That the Defendant (or the Juvenile) has consented to the use of video

teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation

with counsel; and

[X]   That the proceeding(s) to be held today cannot be further delayed without serious harm

to the interests of justice, for the following specific reasons:
　　　1. COVID pandemic, 2. Inability to conduct in-person hearing for indefinite period, and
　　　3. Consent of defendant.

Accordingly, the proceeding(s) held on this date may be conducted by:

[X]   Video Teleconferencing

[ ]   Teleconferencing, because video teleconferencing is not reasonably available for the

following reason:

　　　　[ ]   The Defendant (or the Juvenile) is detained at a facility lacking video

teleconferencing capability.

　　　　[ ]   Other:

Date:   2/17/21

_____
Honorable Anthony R. Mautone
United States Magistrate Judge